UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHIGAN STATE UNIVERSITY**,

    Plaintiff,

v.

**MEDLEN & CARROLL, LLP, a Registered Professional Limited Liability Partnership and PETER G. CARROLL, an Individual,**

    Defendants.

Case No.:  1:14-cv-00039

Judge Gordon J. Quist

Magistrate Judge Hugh W. Brenneman, Jr.

| | |
|---|---|
| Fraser Trebilcock Davis & Dunlap, P.C. | Maddin, Hauser, Wartell, Roth & Heller, P.C. |
| Michael P. Donnelly (P45221) | Steven M. Wolock (P38497) |
| Toni L. Harris (P63111) | Harvey Heller (P27351) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| One Woodward Avenue, Suite 1550 | 28400 Northwestern Highway, Third Floor |
| Detroit, Michigan 48226 | Southfield, Michigan 48034 |
| 313-237-7300 | 248-354-4030 |
| mdonnelly@fraserlawfirm.com | swolock@maddinhauser.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, having stipulated to the entry of the Order set forth below, and the Court being duly advised in the premises;

IT IS ORDERED that the above-entitled action is, and hereby is, dismissed with prejudice and with each party to bear his, its, or their, own fees and costs, including attorney fees.


Date: February 24, 2015

                                            _____
United States District Judge

STIPULATED AS TO:

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

By: */s/Michael P. Donnelly*
    Michael P. Donnelly (P45221)
    Attorneys for Plaintiff


MADDIN, HAUSER, WARTELL,
ROTH & HELLER, P.C.

By: */s/ Steven M. Wolock*
    Steven M. Wolock (P38497)
    Attorneys for Defendants

Date:_____